

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-19-2008

# USA v. Lora

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3297

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Lora" (2008). *2008 Decisions.* Paper 212.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/212

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-3297
_____

UNITED STATES OF AMERICA

v.

EDDY LORA

Appellant

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Criminal No. 1:06-cr-00126)
District Judge:  The Honorable Joseph J. Farnan, Jr.

_____

Submitted Under Third Circuit LAR 34.1(a)
October 31, 2008

BEFORE: McKEE, NYGAARD, and SILER,* Circuit Judges.

(Opinion Filed November 19, 2008)

_____

_____

    *The Honorable Eugene E. Siler, Jr., Senior Circuit Judge for the United States
Court of Appeals for the Sixth Circuit, sitting by designation.

OPINION OF THE COURT
_____

SILER, Circuit Judge.

Appellant, Eddy Lora, entered into a plea agreement with the Government, whereby he agreed to plead guilty to illegal re-entry after deportation. The District Court sentenced him to 52 months' incarceration, a three-year term of supervised release upon release from the custody of the Bureau of Prisons, and a special assessment of $100. We will affirm.

Because we write exclusively for the parties who are familiar with the facts and the proceedings below, we will not revisit them here. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lora's appointed counsel has examined the record, concluded that there are no non-frivolous issues for review, and has requested permission to withdraw.

We, too, have thoroughly examined the record and can find no non-frivolous issues to be raised in this appeal. Hence, we will affirm the judgment of the District Court and grant counsel's motion to withdraw.